BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
APRIL A. VAN DYKE
Certified Law Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2806

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. NO. S-07-0149 KJM |
| ) | |
| Plaintiff, ) | PROBATION REVOCATION PETITION, |
| ) | NOTICE OF HEARING and |
| v. ) | ORDER |
| ) | |
| DARRYL R. RUE, ) | DATE: November 19, 2009 |
| ) | TIME: 10:00 a.m. |
| Defendant. ) | JUDGE: Hon. Kimberly J. Mueller |
| _____) | |

On July 12, 2007, the above-named defendant was given the following sentence, among other things, by United States Magistrate Judge Kimberly J. Mueller:

    1.   The defendant shall serve a two-year term of court probation, subject to the following terms:

        a.   A two-hundred and fifty dollars ($250.00) fine, payments to begin immediately;

        b.   Restitution in the amount of one thousand-eight-hundred-eighty-nine dollars and eight-one cents ($1,889.81);

        c.   A ten dollar ($10.00) special assessment, payments to begin immediately;

1

1                    d.   Full payment of fine and special assessment
2                         due within two years of judgment and
3                         sentencing (July 16, 2009).
4               2.   On July 23, 2009 the Court ordered the probation
5                    be continued until November 19, 2009.  Court
6                    probation is to terminate once restitution, fine
7                    and special assessment are paid in full.
8       The United States alleges that the defendant has violated
9  these conditions as follows:
10              1.   The defendant has only made a $100 payment toward
11                   restitution.
12      Currently the matter is scheduled for a control date on
13 November 19, 2009 at 10:00 a.m.  The United States therefore
14 petitions the Court to add this matter on its calendar for a
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

probation revocation hearing to allow the defendant to show cause why the probation granted on July 12, 2007, should not be revoked.

DATED: November 18 , 2009                    Respectfully submitted,

                                                      BENJAMIN B. WAGNER
                                                    United States Attorney

                                        By: /s/ Daniel S. McConkie
                                            MATTHEW C. STEGMAN
                                            Assistant U.S. Attorney

<u>ORDER</u>

It is Hereby Ordered that the defendant appear to show cause why the probation granted on July 12, 2007, should not be revoked.

IT IS SO ORDERED.

Dated: November 18, 2009.

_____
U.S. MAGISTRATE JUDGE