```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  MATTHEW P. DE MOURA
    Certified Law Clerk, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2936

 6

 7

 8              THE UNITED STATES DISTRICT COURT

 9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   Cr. No. S-07-149 KJM
                                 )
12          Plaintiff,           )   GOVERNMENT'S MOTION TO DISMISS
                                 )   PETITION FOR PROBATION
13      v.                       )   REVOCATION AND ORDER
                                 )
14  DARRYL RUE,                  )
                                 )   DATE: March 11, 2010
15          Defendant.           )   TIME: 10:00 a.m.
    _____)   JUDGE: Hon. Kimberly J. Mueller
16

17      The United States of America, by and through its undersigned

18  attorney, hereby moves this Honorable Court for an Order

19  dismissing the Petition for Probation Revocation, requests that

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///
```

1 | the hearing set for March 11, 2010, be vacated, and requests that
2 | the warrant be recalled.
3 | DATED: March 10, 2010                    BENJAMIN B. WAGNER
                                              United States Attorney
4 |
5 |                                   By: /s/Matthew C. Stegman
                                         MATTHEW C. STEGMAN
6 |                                       Assistant U.S. Attorney
7 |
8 |                                  ORDER
9 | IT IS SO ORDERED:
10 | DATED: March 10, 2010.

_____
U.S. MAGISTRATE JUDGE